UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BOARD OF TRUSTEES - PLUMBERS )
AND PIPEFITTERS UNION LOCAL 525 )
PENSION PLAN, *et al.*, )
                                         Plaintiffs, )    Case No. 2:13-cv-01607-MMD-CWH
)
vs. )    **ORDER**
)
ALL SEASONS INTERIOR & EXTERIOR )
MAINTENANCE, )
                                         Defendant. )
_____)

       This matter is before the Court on the Law Office of Kung & Brown's Motion to Withdraw as Counsel of Record (#16), filed on March 3, 2014. By way of the motion, Annie J. Kung and Brandy L. Brown request leave of the Court to withdraw as counsel of record for Defendant All Seasons Interior & Exterior Maintenance. The motion represents that counsel has had difficulty obtaining payment for fees and costs from Defendant All Seasons Interior & Exterior Maintenance.

       Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The motion contains a certificate of mailing to the affected party at their last known address and notice was given to Plaintiffs' counsel. Further, the movant established good cause for the withdrawal.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that the Law Office of Kung & Brown's Motion to Withdraw as Counsel of Record for Defendant (#16) is **granted**. Attorneys Annie J. Kung and Brandy L. Brown shall no longer represent Defendant All Seasons Interior & Exterior Maintenance in this matter.

       **IT IS FURTHER ORDERED** that All Seasons Interior & Exterior Maintenance shall have until **April 4, 2014**, to advise the Court if they will retain new counsel. Defendant All Seasons Interior & Exterior Maintenance must retain new counsel if it intends to continue to litigate this matter. A

corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant All Seasons Interior & Exterior Maintenance to the civil docket and serve them with a copy of this order:

> 3965 E. Patrick Ln
> Las Vegas, NV 89120

**IT IS FURTHER ORDERED** that a Status Hearing is set for **Thursday, April 19, 2014 at 9:00 A.M.** in LV Courtroom 3C. If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

Dated this 5th day of March, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**