Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA, <br><br> Plaintiffs, <br><br> vs. <br><br> ALL SEASONS INTERIOR & EXTERIOR MAINTENANCE, dba GREAT BASIN PLUMBING, a Nevada corporation, <br><br> Defendants. | Case No. 2:13-cv-01607-MMD-CWH <br><br> **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant. Default having been entered against Defendant, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendant All Season's Interior & Exterior Maintenance doing business as Great Basin Plumbing, in the amount of $732,259, representing delinquent contributions, liquidated damages, interest and attorney's fees and costs.

DATED this 19th day of September, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland, Esq.
Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Attorneys for Plaintiffs